In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00336-CV
_____

WILLIAM EDGAR COONEY, Appellant

V.

NADER KREIT AND FIRAS M. ABDEL-RAHMAN, Appellees

On Appeal from the 258th District Court
Polk County, Texas
Trial Cause No. CIV32459

**MEMORANDUM OPINION**

The appellant, William Edgar Cooney, moved to dismiss the appeal he filed to overturn an order dismissing the claims he filed against Nader Kreit. Firas M. Adbel-Rahman, the other party to the appeal, did not object to Cooney's motion.

Cooney made the motion voluntarily before the Court issued an opinion resolving the parties' argument in the appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant Cooney's motion and dismiss the appeal Cooney filed seeking relief from the

1

trial court's order dismissing the claims he filed against Nader Kreit. *See* Tex. R. App. P. 42.1(b).

We retain what remains of Cooney's appeal, which concerns his appeal of another order in which the trial court dismissed his claims against Firas M. Abdel-Rahman. Cooney has not moved to dismiss that part of his appeal and we have not yet resolved the arguments the parties raise in the appeal. Because the appeal has just one remaining appellee, the appeal shall proceed styled as *William Edgar Cooney v. Firas M. Abdel-Rahman*.

APPEAL DISMISSED IN PART.

PER CURIAM

Submitted on October 21, 2020
Opinion Delivered October 22, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.

2